UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YASEEN TRAYNOR, individually and on behalf of all others similarly situated;

                                        Plaintiff,

Civil Action No:
1:19-cv-186

-v.-

BULLY HILL VINEYARDS, INC.,

                                        Defendants.

------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

Please take notice that Plaintiff, Yaseen Traynor, and Defendant, Bully Hill Vineyards, Inc. have settled the above-referenced case.  This settlement is contingent upon the execution of a written settlement agreement.  The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 30 days from the date of this notice.  Please vacate all currently scheduled dates in this matter.

DATED, this 5th day of April, 2019

                                                            */s/Dov Mittelman*
                                                             Dov Mittelman, Esq.
                                                             **Stein Saks, PLLC**
                                                             285 Passaic Street
                                                             Hackensack, NJ 07601
                                                             Ph: 201-282-6500
                                                             mittelmandov@yahoo.com

2

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 5, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          */s/ Dov Mittelman*
                                          Dov Mittelman, Esq.