```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
YASEEN TRAYNOR, *individually and on*     :
*behalf of all others similarly situated*,   :
:
                            Plaintiff,    :      19-CV-186 (VSB)
:
              -against-              :        **ORDER**
:
BULLY HILL VINEYARDS, INC.,     :
:
                         Defendant.    :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. All deadlines and conferences in this matter are hereby adjourned *sine die*.

SO ORDERED.

Dated: April 8, 2019
       New York, New York

                                                                              *[signature]*
                                                                 Vernon S. Broderick
                                                                 United States District Judge